UNITED STATES COURT OF APPEALS
For the Eleventh Circuit

_____

No. 12-12011
_____

District Court Docket No.
9:11-cv-81049-DMM

RISA KAPLAN,

                Plaintiff - Appellant,

versus

CODE BLUE BILLING & CODING, INC.,
LINDA M. YON,

                Defendants - Appellees.

_____

No. 12-12376
_____

District Court Docket No.
9:11-cv-81179-DMM

YANNO BEVACQUA,

                Plaintiff - Appellant,

versus

MAGNETIC MEDICAL MANAGEMENT, INC.,,

                Defendant - Appellee.

_____

No. 12-12679
_____

District Court Docket No.
2:11-cv-14384-DLG

LINDA O'NEILL, individually and on behalf of
All others similarly situated,

        Plaintiff - Appellant,

versus

EAST FLORIDA EYE INSTITUTE, P.A.,
a Florida corporation,

        Defendant - Appellee.

_____

Appeals from the United States District Court for the
Southern District of Florida
_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered:  January 22, 2013
For the Court:  John Ley, Clerk of Court
By:  Jeff R. Patch